UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| Ronnie Odell Taylor, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| | ) | No. 1:18-cv-946 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| Les Parish, | ) | |
| Respondent. | ) | |
| | ) | |

## JUDGMENT

In accordance with the Court's Order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: March 25, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge